ACCEPTED
12-15-00140-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/16/2015 11:57:47 AM
Pam Estes
CLERK

# Law Offices of Noel D. Cooper

117 North Street, Suite 2
Nacogdoches, Texas 75961

Telephone: (936) 564-9000
Telecopier: (936) 715-6022
noelcooper@noelcooper.com

November 16, 2015

Mr. Ronny Lee Williams
TDCJ-ID # 02001514
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/16/2015 11:57:47 AM

PAM ESTES
Clerk

**Via First Class and CMRRR No. 9414 8118 9956 3503 8276 23**

RE.: Case No. 12-15-00139-CR and 12-15-00140-CR, *Ronny Lee Williams v. The State of Texas,* pending in the Twelfth Court of Appeals of Texas, *appealed from* Cause Nos. F1320424 and F1521685, *State of Texas v. Ronny Lee Williams,* pending in the 145TH Judicial District Court of Nacogdoches County, Texas

Dear Mr. Williams:

Enclosed please find a copy of the brief that I filed in the above-referenced case. You should request a complete copy of the trial court record, including the reporter's record and the clerk's record.

The brief filed herein is commonly referred to as an *Anders* Brief. This means that after a thorough review of the record, I have not found any issue or point of law that I believe warrants reversal. I want to explain this brief to you.

It is very difficult to obtain reversal of a conviction on appeal. I have conducted a diligent review of the record in your case, as well as the controlling case law, and, based on my professional opinion, there were no non-frivolous issues on which to base an appeal. My evaluations are explained in detail in the brief.

In your case I filed what is called a "frivolous appeal brief," or as indicated above, an *Anders* brief, meaning that I reviewed the record and applicable case law, and found no issues that appeared to be meritorious for an appeal.

Since this is the situation, under the applicable law set forth by the U.S. Supreme Court and the Texas Court of Criminal Appeals, you still have the option of filing a *pro se* brief on your own raising any issues that your think support reversal of the conviction. A *pro se* brief is one that you write and file yourself.

*Pro se* simply means that you are representing yourself, rather than having an attorney represent you. I suggest that you file your own brief if you disagree with my assessment. I have enclosed a Pro se Motion for Access to Appellate record so that you may obtain an appellate record.

I have asked to withdraw from the case and asked the Court of Appeals to grant my motion to withdraw from the case. This procedural measure does not mean that I do not want to help you or that I wish to 'abandon' you. This motion is necessary for you to be able to file your own brief, should you disagree with my assessment of the record.

Also, you can bring certain challenges, such as ineffective assistance of counsel, in an application for writ of habeas corpus. I am not appointed for this purpose, and you can seek a writ of habeas corpus without the assistance of an attorney, or you can request that one be appointed for that purpose.

**You have a right to object to the Motion to Withdraw.**

If you have any questions regarding these matters, please feel free to write me a letter, and I will do my best to answer them. I will contact you as soon as I hear anything from the Court of Appeals.

I appreciate your time and attention to this matter.

Very truly yours,

Noel D. Cooper

Enclosures

cc:     Clerk, Twelfth Court of Appeals

        Nacogdoches County District Attorney

**Return to:**
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

### NOS. 12-15-00139-CR
### and 12-15-00140-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE TWELFTH** |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **RONNY LEE WILLIAMS** | § | **TYLER, TEXAS** |

### Pro se Motion for Access to Appellate Record

On November 16, 2015, Appellant's appointed counsel filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Ronny Lee Williams, Appellant, moves this Court to provide him access to a copy of the appellate record including the clerk's record and the court reporter's record.

Appellant requests an extension of time of 30 days from the date he receives the appellate record to file a *pro se* response to counsel's *Anders* brief.

Respectfully submitted,

_____
RONNY LEE WILLIAMS
TDCJ-ID # 02001514
*Pro se* Appellant